**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DECKERS OUTDOOR CORPORATION, | ) | |
| | ) | Case No. 17-cv-08746 |
| Plaintiff, | ) | |
| | ) | **Judge Virginia M. Kendall** |
| v. | ) | |
| | ) | **Magistrate Judge Michael T. Mason** |
| ZHENG ZE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>FINAL JUDGMENT ORDER</u>

This action having been commenced by Plaintiff Deckers Outdoor Corporation ("Deckers") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts (collectively, the "Defendant Internet Stores"), and Deckers having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Deckers, a temporary restraining order and preliminary injunction against Defaulting Defendants which included a domain name transfer order and asset restraining order;

Deckers having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

1

Defaulting Defendants having failed to answer the Amended Complaint or otherwise plead, and the time for answering the Amended Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase products using counterfeit versions of Deckers' UGG Trademarks (a list of which is included in the below chart).

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 3,050,925 | UGG | January 24, 2006 | For: Men's, women's and children's footwear, namely, boots, shoes, clogs, slippers; men's, women's and children's clothing, namely, coats, jackets; children's buntings in class 025. |
| 3,360,442 | UGG | December 25, 2007 | For: Footwear, namely, sandals; clothing, namely, vests, mittens, scarves, headwear, namely, caps earmuffs in class 025. |
| 3,636,029 |  | June 9, 2009 | For: Leather bags in class 018. |
| 3,825,543 |  | July 27, 2010 | For: Coats; Jackets; Vests; Ponchos; Gloves; Mittens; Headwear; Wraps; Scarves; Sweaters in class 025. |

| | | | |
|---|---|---|---|
| 3,624,595 |  | May 19, 2009 | For: Footwear in class 025. |
| 4,234,396 |  | October 30, 2012 | For: footwear; clothing, namely, sweaters, coats, jackets, vests, ponchos, snow suits, scarves and gloves; headwear; children's buntings in class 025. |
| 4,675,489 |  | January 20, 2015 | For: Footwear in class 025. |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), cybersquatting (15 U.S.C. § 1125(d)) as to certain Defaulting Defendants operating a domain name incorporating any of the UGG Trademarks, and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, *et seq.*).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

a. using Deckers' UGG Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Deckers' UGG branded product or not authorized by Deckers to be sold in connection with Deckers' UGG Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine UGG branded product or any other product produced by Deckers, that is not Deckers' or not produced under the authorization, control or supervision of Deckers and approved by Deckers for sale under Deckers' UGG Trademarks;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Deckers, or are sponsored by, approved by, or otherwise connected with Deckers;

d. further infringing Deckers' UGG Trademarks and damaging Deckers' goodwill; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Deckers, nor authorized by Deckers to be sold or offered for sale, and which bear any of Deckers' trademarks, including the UGG Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within three (3) business days of receipt of this Order, shall, at Deckers' choosing:

a. permanently transfer the Defendant Domain Names to Deckers' control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Deckers' selection; or

b. disable the Defendant Domain Names and make them inactive and untransferable.

3. The domain name registrars, including, but not limited to, GoDaddy Operating Company, LLC ("GoDaddy"), Name.com, PDR LTD. d/b/a PublicDomainRegistry.com ("PDR"), and Namecheap Inc. ("Namecheap"), within three (3) business days of receipt of this Order, shall take any steps necessary to transfer the Defendant Domain Names to a registrar account of Deckers' selection.

4. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' websites at the Defendant Domain Names or other websites operated by Defaulting Defendants, including, without limitation, any online marketplace platforms such as iOffer, eBay, AliExpress, and Alibaba, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, Internet search engines such as Google, Bing and Yahoo, and domain name registrars, including, but not limited to, GoDaddy, Name.com, PDR, and Namecheap, (collectively, the "Third Party Providers") shall within three (3) business days of receipt of this Order:

a. disable and cease providing services being used by Defaulting Defendants, currently or in the future, to engage in the sale of goods using the UGG Trademarks;

b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the UGG Trademarks; and

c. take all steps necessary to prevent links to the Defendant Domain Names identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

5. Pursuant to 15 U.S.C. § 1117(c)(2), Deckers is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred fifty thousand dollars ($150,000) for willful use of counterfeit UGG Trademarks on products sold through at least the Defendant Internet Stores. The one hundred fifty thousand dollar ($150,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Amended Complaint and Schedule A.

6. PayPal, Inc. ("PayPal") shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any non-U.S. based accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

7. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by PayPal, are hereby released to Deckers as partial payment of the above-identified damages, and PayPal is ordered to release to Deckers the amounts from Defaulting Defendants' PayPal accounts within ten (10) business days of receipt of this Order.

8.   Until Deckers has recovered full payment of monies owed to it by any Defaulting Defendant, Deckers shall have the ongoing authority to serve this Order on PayPal in the event that any new PayPal accounts controlled or operated by Defaulting Defendants are identified.  Upon receipt of this Order, PayPal shall within two (2) business days:

   a.   locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any PayPal accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibits 22 and 23 to the Declaration of Lisa Bereda, and any e-mail addresses provided for Defaulting Defendants by third parties;

   b.   restrain and enjoin such accounts or funds that are not U.S. based from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c.   release all monies restrained in Defaulting Defendants' PayPal accounts to Deckers as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

9.   In the event that Deckers identifies any additional online marketplace accounts, domain names or financial accounts owned by Defaulting Defendants, Deckers may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibits 22 and 23 to the Declaration of Lisa Bereda and any e-mail addresses provided for Defaulting Defendants by third parties.

10.  The ten thousand dollar ($10,000) cash bond posted by Deckers, including any interest minus the registry fee, is hereby released to Deckers or its counsel, Greer, Burns & Crain, Ltd.  The Clerk of the Court is directed to return the cash bond previously deposited with

the Clerk of the Court to Deckers or its counsel by check made out to the Greer, Burns &

Crain IOLTA account.

This is a Final Judgment.

DATED:  January 10, 2018

Virginia M. Kendall
U.S. District Court Judge

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | zheng ze | 2 | Zhu Ling Shan |
| 3 | zhenhui zhang | 4 | zhenhui zhang (2) |
| 5 | zhengui wu | 6 | zhao yi |
| 7 | Zoe Langridge | 8 | zhuzaiteam |
| 9 | zhao dequn | 10 | zhang ming |
| 11 | zhang lizin | 12 | zhang lianyou |
| 13 | zhang lianyou (2) | 14 | zhang lian you |
| 15 | Zella Nelson | 16 | zamora latisha |
| 17 | yuan hua | 18 | Yu HuiHui |
| 19 | yarispartsstore.com | 20 | YaoQiang Zhang |
| 21 | Yaomine Svensson | 22 | yao chenggong |
| 23 | Yang yan | 24 | Yang Xue |
| 25 | xioaoliu yang | 26 | xinqian Rhys |
| 27 | xiao meichen | 28 | Xia Liang Hai |
| 29 | Xi YanWan | 30 | wu minghai |
| 31 | wright james | 32 | Willie Grover |
| 33 | Willie Coleman | 34 | William Pierce |
| 35 | William Kennon | 36 | William Franklin |
| 37 | William Brown | 38 | William Billy |
| 39 | William Baker | 40 | William Aiken |
| 41 | Wiley Evans | 42 | whatdogsdo.com |
| 43 | Western Division | 44 | WENJIAN LIN |
| 45 | Wendy Quast | 46 | wellness4ladies.com |
| 47 | Welch Mark | 48 | Wayne Miranda |
| 49 | Water Ella | 50 | wang zhe |
| 51 | Wang Yong Qiang | 52 | wang hanjun |
| 53 | Wang Chun Lin | 54 | Wan Chao |
| 55 | Walter Jacobs | 56 | Wade Scalf |
| 57 | Virgie Tanaka | 58 | Viren Soma |
| 59 | Vincent Crosby | 60 | Victor McDonald |
| 61 | Verla Salgado | 62 | Vera Sheely |
| 63 | Vera Miles | 64 | Vanessa Godfrey |
| 65 | Valentina Melikssa | 66 | Val Derrett |
| 67 | uwoprotest.com | 68 | Uta Neustadt |
| 69 | uschbo.com | 70 | usbkfriday.com |

| | | | |
|---|---|---|---|
| 71 | uptownokra.com | 72 | unear.bid |
| 73 | unbridledbliss.com | 74 | umamusicaparacadadia.com |
| 75 | ulrike frankfurter | 76 | ugntie.com |
| 77 | uglict.com | 78 | uggs.in.net |
| 79 | uggoutlet70off.in.net | 80 | uggkauppas.com |
| 81 | uggbootsonsale70off.us.org | 82 | uggboots2u.com |
| 83 | ugg.highlanddress-hire.com | 84 | ugfur.com |
| 85 | uforro.com | 86 | ubooty.top |
| 87 | ubootsave.top | 88 | ubootmall.top |
| 89 | ubooteu.com | 90 | ubootdeals.top |
| 91 | Tyler Sebastian | 92 | Trina Villarreal |
| 93 | trainingsshoesuk.com | 94 | trackitacademy.com |
| 95 | tqkq6.bid | 96 | toptentab.com |
| 97 | Tom Rosario | 98 | Tobias Dreher |
| 99 | timothycurley.com | 100 | Timothy Oleary |
| 101 | Timothy Jin | 102 | Timothy Garces |
| 103 | Tim Evans | 104 | tian mao |
| 105 | thorsten rothstein | 106 | Thorsten Herman |
| 107 | Thomas Roberts | 108 | Thomas Monroe |
| 109 | Thomas Deal | 110 | Theresa Foreman |
| 111 | thecarguyblog.com | 112 | Terina Corners |
| 113 | tbitmedia.com | 114 | tarimaspinoreal.com |
| 115 | Tanja Peters | 116 | Tan WeiHeng |
| 117 | Tampere Patrick | 118 | tallerquincho.com |
| 119 | tallermecanicogilmasa.com | 120 | Tabatha Crocker |
| 121 | Svensson Tess | 122 | Svensson Olga |
| 123 | Svensson Moltas | 124 | Sven Bayer |
| 125 | Susan Silverman | 126 | Susan Schmidt |
| 127 | Susan Larsen | 128 | sunjiao |
| 129 | sun meihong | 130 | sun cai |
| 131 | stockloanuk.com | 132 | Stephen Fortin |
| 133 | Stephanie Roberson | 134 | Stephanie Grunewald |
| 135 | Stefanie Baer | 136 | Stefan Schweitzer |
| 137 | Stefan Krause | 138 | statebizdirectory.com |
| 139 | Stanley Katherine | 140 | Stanley Deluna |
| 141 | Stacie Miller | 142 | sophie sankt |
| 143 | Song Wu | 144 | song qiuxiang |
| 145 | sobeachvillasmauritius.com | 146 | snowbootsuksale.com |
| 147 | snowbootqwe.com | 148 | Smith Blade |
| 149 | Simon Jose | 150 | Simerdeep Singh |
| 151 | silsa3d.com | 152 | signherehawaii.com |

| | | | |
|---|---|---|---|
| 153 | Sienna Chan | 154 | Sidney Jimenez |
| 155 | Sian Mcdonald | 156 | shi xiaoyuan |
| 157 | Sherie Hansen | 158 | Shelly Brock |
| 159 | Sheila Buchanan | 160 | shawn duffield |
| 161 | sharmin azad | 162 | Shanne Lily |
| 163 | senneh-bcn.com | 164 | Seckington Stephanie |
| 165 | Sean Wilkinson | 166 | Scott Harvey |
| 167 | scafor villier | 168 | Sang Wolf |
| 169 | sandrababy.com | 170 | Sam Sam |
| 171 | Sally Chapman | 172 | Ryland arbini |
| 173 | Ryan Morehead | 174 | Ryan Hearne |
| 175 | Russell Bloodworth | 176 | rsjij.com |
| 177 | Royce Lockhart | 178 | Rowley Patrick 62 Long Croft Yate |
| 179 | Rosemary Whitney | 180 | Rosemary McPherson |
| 181 | roseanna dee | 182 | Ronnie Perez |
| 183 | Ronald Mershon | 184 | Ronald Abraham |
| 185 | rollingsobbat.com | 186 | Roger Coombs |
| 187 | Rodney Stewart | 188 | Rodney Heilman |
| 189 | Robyn McComb | 190 | Robert Scott |
| 191 | Robert Musgrave | 192 | Robert Matranga |
| 193 | Robert Johnson | 194 | Robert Hackler |
| 195 | Robert Gregory | 196 | Robert Clausen |
| 197 | robert christman | 198 | Robert Case |
| 199 | Rob Cole | 200 | Rita Graham |
| 201 | risham shuja | 202 | riscoll manda |
| 203 | Richard Foster | 204 | Richard Bentley |
| 205 | Rice Camilla | 206 | Ricardo Vargas |
| 207 | Rena Decker | 208 | Regina Sanchez |
| 209 | Reffi Varozian Reffi Varozian | 210 | recycle-garden.com |
| 211 | Rebecca Roling | 212 | rebecca patrick |
| 213 | rebecca lewis | 214 | Raymond Thomasson |
| 215 | raphvideo.com | 216 | Rach Hayder |
| 217 | queenkosmetik.com | 218 | Qlant Esnna |
| 219 | qiu zhi | 220 | QiQibrand Co.,LTD |
| 221 | plumbinglaverneinca.com | 222 | Pickles Susan |
| 223 | Phillipp Mahler | 224 | Petra Klein |
| 225 | Perry Robert | 226 | peonyer.com |
| 227 | Peng Zhi Yang | 228 | pearsall robert |
| 229 | Paul Younger | 230 | Paul Gilmore |
| 231 | Patrick Spaeth | 232 | Patrick Lowe |
| 233 | Patricia Martinez | 234 | Patricia Boucher |

| | | | |
|---|---|---|---|
| 235 | Patel Hugh | 236 | parajumpersclothing.com |
| 237 | paopao sun | 238 | pan wang |
| 239 | outletscarpe.top | 240 | oujun gao |
| 241 | osgbhizmetleri.com | 242 | Orlowska renata |
| 243 | Or tega | 244 | Olivia Fabian |
| 245 | Olga Yaomine | 246 | officialmicaparis.com |
| 247 | octoberbabypelicula.com | 248 | nsqfz.com |
| 249 | NP Integrated Technology Mira Gabriova | 250 | novellaliving.com |
| 251 | northamptonmanandvan.com | 252 | nomercyartistry.com |
| 253 | Noah Swanson | 254 | nirmitiinfraprojects.com |
| 255 | Nicole Farris | 256 | Nicholas Blazek |
| 257 | new-maticcakeuturntable.com | 258 | Neil Sbeih |
| 259 | Neil Perrins | 260 | Nathaniel Nosal |
| 261 | nannie matos | 262 | nancyburnettcoaching.com |
| 263 | namcattientravel.com | 264 | Naidjate Bounakeur |
| 265 | mygroupdot.com | 266 | Murray Zoe |
| 267 | mostsecureinvestments.com | 268 | Moses Bell |
| 269 | Monica Sallee | 270 | MONCLER JK |
| 271 | Molly Blair | 272 | Mohammad Zahid |
| 273 | mmhcmalta.com | 274 | Misrahi Andy |
| 275 | misawa-forums.com | 276 | Minnie Thomas |
| 277 | minecisahin.com | 278 | Mildred Lewis |
| 279 | Mildred Cohen | 280 | Michelle Zimmermann |
| 281 | Michelle Poole | 282 | Micheal Kile |
| 283 | Michael Hermosillo | 284 | Michael Garza |
| 285 | Michael Brooks | 286 | may ly |
| 287 | Maximilian Reinhardt | 288 | Max Buckley |
| 289 | maurits timmermans Other UK Entity (e.g. clubs, associations, many universities) | 290 | Matthew Rankine |
| 291 | Mary Robbins | 292 | Mary Robbins (2) |
| 293 | Mary Reed | 294 | Mary Krick |
| 295 | Mary Jackson | 296 | Mary Ireland |
| 297 | martina wirtz | 298 | Martha Watkins |
| 299 | Martha Caton | 300 | marko schweizer |
| 301 | Mark Roth | 302 | Mark Heath |
| 303 | Mark Furness | 304 | Mark Craddock |
| 305 | Mark Benton | 306 | marissatoni.com |
| 307 | Mario Herring | 308 | Mario Frey |
| 309 | Marina McSweeney | 310 | Marilyn Peeples |
| 311 | Marie Gregory | 312 | Maria Gillenwater |
| 313 | Maria Costa | 314 | Maria Calle |

| 315 | Maria Beich | 316 | Margaret Fuller |
|---|---|---|---|
| 317 | Margaret Bolden | 318 | Marc Thomson |
| 319 | Marc Rush | 320 | Marc Franco |
| 321 | manhattanmusicstudio.com | 322 | Mandy Myers |
| 323 | malandrino catherine | 324 | magentablueconsulting.com |
| 325 | Madher Alfindee | 326 | made inaustralian |
| 327 | maaco-rosemead.com | 328 | m2casa.com |
| 329 | Luke Freeman | 330 | Lukasz Chwastek |
| 331 | Lukas Lehmann | 332 | Lucille Silva |
| 333 | Lucas Diederich | 334 | Luca Eberhart |
| 335 | l-platz-nishishiroi.com | 336 | Louise Grant |
| 337 | lou hai | 338 | Lori Yedinak |
| 339 | Lorena Bader | 340 | Loren Mickelson |
| 341 | Loli | 342 | logit-consulting.com |
| 343 | location-corse-corbara.com | 344 | lll jjj |
| 345 | Liu Yu Fang | 346 | liu xue mei |
| 347 | liu bin | 348 | Lisa Wolfe |
| 349 | lisa fuchs | 350 | Ling DeTeng |
| 351 | Lindsey Ludwig | 352 | Lindsay Sandhurst |
| 353 | Lindsay corrigan | 354 | Linda Stopford |
| 355 | Linda Neel | 356 | Linda Edgerton |
| 357 | Linda Bryson | 358 | lin yulin |
| 359 | lin you | 360 | lin Peet |
| 361 | lin guo | 362 | Lilly Arnold |
| 363 | Liang Guang Wei | 364 | Li nan nan |
| 365 | li gaoming | 366 | li cheng |
| 367 | Leroy Travasso | 368 | leonie wagner |
| 369 | Leon Rose | 370 | Leon Eiffel |
| 371 | Lena Schmitz | 372 | leadingten.com |
| 373 | Lea Baum | 374 | Lawrence Wilkinson |
| 375 | Lawrence Mack | 376 | Laura Stanley |
| 377 | Latoya Kendrick | 378 | latinasthriving.com |
| 379 | laperlamarina.com | 380 | lansibulang fu |
| 381 | Lael Harvey | 382 | Kyle Gorman |
| 383 | kozamadencilik.com | 384 | kou li |
| 385 | Kolodziej Adam | 386 | Klaudia Waechter |
| 387 | kl li | 388 | Kirk Cadwell |
| 389 | King Thompson | 390 | Kimberly Kaufman |
| 391 | Kimberly Finney | 392 | Kevin Whitehouse |
| 393 | Kevin Strong | 394 | Kevin Lia |
| 395 | kevin gemmell | 396 | Kevin Brescia |

| | | | | |
|---|---|---|---|---|
| 397 | Kent Freya | 398 | Kenneth Pinto |
| 399 | Kelly Brashear | 400 | Keith Rice |
| 401 | Keith Fletcher | 402 | Keith Aspinall |
| 403 | Keira Carr | 404 | kbgetfit.com |
| 405 | Katherine Sharp | 406 | Katherine Johnson |
| 407 | karolin kaufmann | 408 | Karo Lipicka |
| 409 | karineperon karineperon | 410 | Karen Cave |
| 411 | jun tao wu | 412 | Julie Bennett |
| 413 | Judith Adcock | 414 | Joslyn Chin |
| 415 | Joshua Simpson | 416 | Joshua Arnold |
| 417 | Josephine Reynolds | 418 | Josephina Smith |
| 419 | Joseph Dooley | 420 | Jonathan Robins |
| 421 | Jonas Reinhard | 422 | Johnny Ritter |
| 423 | John Williams | 424 | John Taylor |
| 425 | John Smith | 426 | John Noonan |
| 427 | John Graham | 428 | John Fryers |
| 429 | John Crumpton | 430 | John Crockett |
| 431 | John Chinn | 432 | John Berry |
| 433 | Joel Fogle | 434 | Joany Fox |
| 435 | joanna ligeza | 436 | Joann Guinan |
| 437 | jmjnaturallightingca.com | 438 | jingling chen |
| 439 | Jin Shao Xie | 440 | Jillian Stewart |
| 441 | Jill Czereszko | 442 | Jewel McMahon |
| 443 | Jessica Moore | 444 | Jessica Gray |
| 445 | Jesse Smith | 446 | Jerome Smith |
| 447 | Jennifer Cook | 448 | JEFF N/A |
| 449 | Jean Stone | 450 | Jay Alexander |
| 451 | Jauregui Edgar | 452 | Jason Royal |
| 453 | jason griffin | 454 | Jason Arden |
| 455 | Jared Lyons | 456 | Jared Branch |
| 457 | Janina Bergmann | 458 | Janet Witherington |
| 459 | Jamie Engstrom | 460 | James Santiago |
| 461 | James Rodriguez | 462 | James Nash |
| 463 | James Little | 464 | james johnson |
| 465 | James Craig | 466 | Jake Portugal |
| 467 | jacquelinescuisine.com | 468 | Jacob Anders |
| 469 | Jack Okell | 470 | ixdys.com |
| 471 | itbkshop.com | 472 | internalgears.com |
| 473 | inspiredlifeandbiz.com | 474 | inkntonerwholesalers.com |
| 475 | In geborg | 476 | imaginemastiffs.com |
| 477 | ilex-house.com | 478 | Ignacio Reily |

| | | | |
|---|---|---|---|
| 479 | Ieva Vaitkevice | 480 | ic-remodeling.com |
| 481 | icecreamshowcases.com | 482 | ibootssale.com |
| 483 | Ian Mitchel | 484 | humming-nail.com |
| 485 | Hubert Vazquez | 486 | Howard Davis |
| 487 | hotwinterboots.com | 488 | hotelcommercechallans.com |
| 489 | Holwell Guy | 490 | Holly Mattox |
| 491 | hiremeordie.com | 492 | hhz61.bid |
| 493 | hf qt | 494 | Hester Pulling |
| 495 | Henry Mejia | 496 | Henry Mack |
| 497 | Henry Charlton | 498 | Henning Schwab |
| 499 | Hellstrom Obeirg | 500 | Hellstrom Gustavsson |
| 501 | Helen Williams | 502 | Helen Mabry |
| 503 | heelandtoepaincenter.com | 504 | Hector Paul |
| 505 | Hector Emery | 506 | heathersgame.com |
| 507 | Heather Hargis | 508 | Harold Powell |
| 509 | Harold Coleman | 510 | hanjun wang |
| 511 | hamiltonitsupport.com | 512 | Hamilton Luca |
| 513 | HAKO SOBHANI | 514 | Guy Hipwell |
| 515 | Gustavsson Khalid | 516 | gueijuan xu |
| 517 | Graham Belinda | 518 | Gordon Washington |
| 519 | goldentanningstudio.com | 520 | Glenn Sanders |
| 521 | Giuseppe Giunchini | 522 | gilbertschoolofmotoring.com |
| 523 | Gilbert Carter | 524 | Gibson Sharon |
| 525 | Geraldine McAllister | 526 | Gerald Fitton |
| 527 | Georgina Barnes | 528 | George Myers |
| 529 | geetag.com | 530 | Gary Shea |
| 531 | Gary Leitch | 532 | Garrett Pittman |
| 533 | gao jin | 534 | Gail Kirk |
| 535 | fuggboots.mobi | 536 | fredrick luckey |
| 537 | Fred Carpenter | 538 | Frank Holler |
| 539 | Francis Trombly | 540 | Florrie Lopez |
| 541 | Florian Shuster | 542 | Florence Knight |
| 543 | Flamand Gallia | 544 | fitandfiz.com |
| 545 | fintoos.com | 546 | fga-rs.org |
| 547 | fertilidad-peru-lima.com | 548 | Felicia Herring |
| 549 | fcnikmark.com | 550 | fairgotiate.com |
| 551 | eurboots.com | 552 | Eugene Newhouse |
| 553 | etgti.com | 554 | essenciasdopalatu.com |
| 555 | esion | 556 | esatw.com |
| 557 | erlebe-ruegen.com | 558 | Eric McChristian |
| 559 | Eric Harris | 560 | emsi-solutions.com |

| | | | |
|---|---|---|---|
| 561 | Emma Lewis | 562 | Emma Fish |
| 563 | embroidery-ni.com | 564 | elysegallo.com |
| 565 | eloquenceofwriting.com | 566 | Elmo Landry |
| 567 | Elma Oleary | 568 | Elliot Lindgren |
| 569 | Elizabeth Williams | 570 | Elizabeth Maust |
| 571 | Eilidh Brown | 572 | Eileen Skillrud |
| 573 | ehsconsultancy.com | 574 | Edward Poore |
| 575 | Edward Minter | 576 | Edward Lippert |
| 577 | Edward Hartley | 578 | Edward Blaisdell |
| 579 | Edmond Crose | 580 | easy-drive-som.com |
| 581 | drawerwizard.com | 582 | Douglas Farnsworth |
| 583 | Dorothy Waters | 584 | Dorothy Cook |
| 585 | Doris Contreras | 586 | Dorian Salazar |
| 587 | Dorethea Gay | 588 | Donna Shaw |
| 589 | Donna Scuncio | 590 | Donald Seigler |
| 591 | Donald Carter | 592 | dolores gilmore |
| 593 | Dixie David | 594 | discoverourscents.com |
| 595 | dilly-gifts.com | 596 | digamberstationers.com |
| 597 | diane snyder | 598 | Diana Fridley |
| 599 | deyun wei | 600 | desirefootwears.com |
| 601 | Derrick Johnson | 602 | Dennis Leslie |
| 603 | Deborah Thompson | 604 | Deborah Page |
| 605 | David McTweed | 606 | Darrick Fields |
| 607 | Darla Brandon | 608 | Daria Blaszczyk |
| 609 | Daniel Daly | 610 | Dana Elizondo |
| 611 | daleellison.com | 612 | Daisy Rendall |
| 613 | cynfulproductions.com | 614 | Curtis Bass |
| 615 | Curtis Baker | 616 | cufnt.com |
| 617 | Cristina Cox | 618 | craboots.online |
| 619 | craboots.com | 620 | confectionsbyamy.com |
| 621 | comonte maxine | 622 | Colin Pace |
| 623 | Cole Theresa | 624 | colchones-para-barcos.com |
| 625 | cloudbasedfax.com | 626 | Clarence Martin |
| 627 | ciarawalton.com | 628 | Christopher Hernandez |
| 629 | Christopher Gonzalez | 630 | Christopher Duncan |
| 631 | Christopher Duncan (2) | 632 | Chris Hilliard |
| 633 | cheryl clarke | 634 | chenxiaoxue |
| 635 | chen wu | 636 | chen weiwei |
| 637 | chen ting | 638 | Chen LiRong |
| 639 | Chen Jun | 640 | Chen Gui Ju |
| 641 | cheapshoesstores.com | 642 | cheapestbootsireland.org |

| | | | |
|---|---|---|---|
| 643 | cheapbootsuksaleonline.com | 644 | cheapboots.co |
| 645 | Charlotte Colehan | 646 | Charles Adkins |
| 647 | Charlene King | 648 | Chandra Myers |
| 649 | centralcoastchoir.com | 650 | Cathy Austin |
| 651 | Catherine Rice | 652 | Cassie Delong |
| 653 | Carter Wood | 654 | carpinteriaarteco.com |
| 655 | Carolyn Dragonette | 656 | Carlos Mendez |
| 657 | Carlos Benjamin | 658 | carbidewearpart.com |
| 659 | cabkshops.com | 660 | buycheapuggs.com |
| 661 | burakkaroser.com | 662 | Brunelle Claudette |
| 663 | brownbagbootcamp.com | 664 | Brennan Toby |
| 665 | breezypointkennel.com | 666 | braidy rees |
| 667 | Boyd Guy | 668 | botusgg.vip |
| 669 | bootxmall.top | 670 | bootsukoutletstores.com |
| 671 | bootsonsaleireland.com | 672 | bootslocker.com |
| 673 | bootsblackuksale.com | 674 | bootsalehk.com |
| 675 | boostinus.com | 676 | booots.vip |
| 677 | bonferro-ce.com | 678 | bodyshop-okamoto.com |
| 679 | Bobbie Conway | 680 | blissak.com |
| 681 | Blake Lucero | 682 | Blake Ethan |
| 683 | BIRMINGHAM Goring 17 Fountain Close BIRMINGHAM | 684 | Bilal Ahmad |
| 685 | bhoeshome | 686 | Beverly McGonagle |
| 687 | Beth Elmore | 688 | bestsellerboots.org |
| 689 | Besjona Kukaj | 690 | Bennie Burke |
| 691 | benjamin ebrahimi | 692 | Belinda Rabin |
| 693 | Belinda Fink | 694 | Bashour Dan |
| 695 | Barry Sabo | 696 | Barrett Dale |
| 697 | Baez Jennifer | 698 | Azizur Rahman |
| 699 | aximinfotech.com | 700 | Autumn Gelb |
| 701 | autoinsuranceclaimtampa.com | 702 | Audrey Beeston |
| 703 | Aubrey Brescia | 704 | Ashley Peart |
| 705 | Ashley Lewis | 706 | Ashlee King |
| 707 | Arthur Coleman | 708 | arisitas.org |
| 709 | Antonio Capo | 710 | Antonello Fasciani |
| 711 | Anthony Smith | 712 | Anna Fischer |
| 713 | Anja Schreiner | 714 | Andrea starcke |
| 715 | Anamaria Roxana Semeniuc | 716 | Amy Gifford |
| 717 | Amy Borders | 718 | Amy |
| 719 | amato-pizzeria.com | 720 | Amanda Nye |
| 721 | alucida-llc.com | 722 | Allison Stewart |

| | | | |
|---|---|---|---|
| 723 | Allen Isabella | 724 | Alicia Gonzales |
| 725 | alice sinclair | 726 | Alexina Pledger |
| 727 | Alexandra Hudson | 728 | Alex Collins |
| 729 | Al Carrasquillo | 730 | Aja Ryder |
| 731 | Ahmed Grace | 732 | Adrian Villegas |
| 733 | Adam Torres | 734 | aceeliminationllc.com |
| 735 | acebkicks.com | 736 | aazlandscape.com |
| 737 | 1url.org | 738 | 1atatimephoto.com |
| 739 | Armored iron railings | 740 | CCTWINS KIDS Store |
| 741 | Ceyue store | 742 | CIMIM Footwear Store |
| 743 | cozulma Official Store | 744 | EISWELT Official Store |
| 745 | FANIMILA Official Store | 746 | fdsdfgg2011 |
| 747 | goodgoods169169 | 748 | JINTOHO Brand Store |
| 749 | DISMISSED | 750 | LOUBIT Shoes Store |
| 751 | LOVE TURTLEDOVE SHOE SHOP Store | 752 | magicdiaries |
| 753 | DISMISSED | 754 | nauhutu designer shoe Store |
| 755 | NINGUTA footwear Store | 756 | Rise of today Store |
| 757 | DISMISSED | 758 | Shop2919085 Store |
| 759 | Shop739245 Store | 760 | Starts from me |
| 761 | Supermen Store | 762 | WALGORY Outlet Store |
| 763 | wangzizhen101010 | 764 | Wild Camels Store |
| 765 | Zai Zai Le child Store | | |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 1 | aliexpress.com/store/1479022 | 2 | aliexpress.com/store/1185888 |
| 3 | ceyue.aliexpress.com/store/2135133 | 4 | cimimfootwear.aliexpress.com/store/3153042 |
| 5 | cozulma.aliexpress.com/store/1213359 | 6 | eisweltfriststore.aliexpress.com/store/1873241 |
| 7 | aliexpress.com/store/1267192 | 8 | ebay.com/usr/fdsdfgg2011 |
| 9 | ioffer.com/selling/goodgoods169169 | 10 | jintoho.aliexpress.com/store/1261533 |
| 11 | DISMISSED | 12 | aliexpress.com/store/1017211 |
| 13 | aliexpress.com/store/2477021 | 14 | ebay.com/usr/magicdiaries |
| 15 | DISMISSED | 16 | aliexpress.com/store/329264 |
| 17 | aliexpress.com/store/1262157 | 18 | aliexpress.com/store/2659193 |
| 19 | DISMISSED | 20 | aliexpress.com/store/2919085 |
| 21 | aliexpress.com/store/739245 | 22 | aliexpress.com/store/1201380 |
| 23 | comfortable.aliexpress.com/store/2341352 | 24 | aliexpress.com/store/2906077 |
| 25 | ioffer.com/selling/wangzizhen101010 | 26 | aliexpress.com/store/632924 |

| No. | Defendant Domain Name |
| --- | --- |
| 27 | aliexpress.com/store/3022005 |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
| --- | --- | --- | --- |
| 1 | uggforcheap.com | 2 | uggbootscheap.com |
| 3 | uggforsale.com | 4 | cheaprealuggs.com |
| 5 | botstg.com | 6 | botasbaratasoutlet.com |
| 7 | ugbkty.com | 8 | ugbkxq.com |
| 9 | botsggu.com | 10 | classicbootswomen.com |
| 11 | ugg-slippers.us.com | 12 | ytyeflies.co.uk |
| 13 | hiuggboots.com | 14 | lifestyle-events.us |
| 15 | mixboot.com | 16 | tvsbedsfurnitureoncredit.co.uk |
| 17 | atmosphaera.us | 18 | floridahealth.us |
| 19 | barbadosfamilyinc.org | 20 | beautifulyoufitness.com |
| 21 | cheap-uggs.us.org | 22 | bootsonline.biz |
| 23 | australiaboots.us | 24 | yarispartsstore.com |
| 25 | ugghotboots.com | 26 | hepburdayiz.com |
| 27 | bootsoutletshop.com | 28 | gemosan.com |
| 29 | uggsaustraliaoutlet.us.com | 30 | ugicta.com |
| 31 | ugslte.com | 32 | bestbuy-goods.com |
| 33 | theugg.com | 34 | handbagswalletbelt.com |
| 35 | bestbootsonly.com | 36 | bestboots2u.com |
| 37 | warmuclothes.com | 38 | sko-danmark.top |
| 39 | outletuggboots.us.org | 40 | hijordanshoehere.com |
| 41 | cheapsneakeronsale2018.com | 42 | uggbootsclearance.us.org |
| 43 | zapowproductions.com | 44 | stochasticsng.com |
| 45 | studio-talabardon.com | 46 | hotyoganeworleans.com |
| 47 | mrsqueegeeservices.com | 48 | globalpropertyselect.com |
| 49 | nancycartmill.com | 50 | 7superherocostumes.com |
| 51 | pluspetsuppliesny.com | 52 | bestsmallrefrigerators.com |
| 53 | cabinetnegrea.com | 54 | whatdogsdo.com |
| 55 | cheapbootsclearance.co.uk | 56 | vipbeshop.com |
| 57 | labcorrealzuniga.com | 58 | wellness4ladies.com |
| 59 | avaluc.co.uk | 60 | aticibeton.com |
| 61 | uggbootswomens.co.uk | 62 | uggbootau.com |
| 63 | rbdppb.loan | 64 | rbjkkb.loan |
| 65 | rbjmmb.loan | 66 | bootswds.com |
| 67 | cheapuggshoes.top | 68 | ujebw.com |
| 69 | copyhousepress.co.uk | 70 | samenerji.com |
| 71 | socutebb.com | 72 | francescabridgewater.co.uk |
| 73 | diannanicolai.com | 74 | tinygosselink.com |

| | | | |
|---|---|---|---|
| 75 | cobargohomebrew.com | 76 | shopdinehillsdale.com |
| 77 | mayqwinten.com | 78 | fabric-diy.com |
| 79 | ugggreeceonlineshop.com | 80 | norfolkshoring.co.uk |
| 81 | uwoprotest.com | 82 | tnpkursk.com |
| 83 | uschbo.com | 84 | usbkfriday.com |
| 85 | uptownokra.com | 86 | unear.bid |
| 87 | unbridledbliss.com | 88 | umamusicaparacadadia.com |
| 89 | uggbaileybowtall.com | 90 | uggbootcouk.com |
| 91 | ugntie.com | 92 | uglict.com |
| 93 | uggs.in.net | 94 | uggoutlet70off.in.net |
| 95 | uggkauppas.com | 96 | uggbootsonsale70off.us.org |
| 97 | uggboots2u.com | 98 | ugg.highlanddress-hire.com |
| 99 | ugfur.com | 100 | uforro.com |
| 101 | ubooty.top | 102 | ubootsave.top |
| 103 | ubootmall.top | 104 | ubooteu.com |
| 105 | ubootdeals.top | 106 | uggbootscheap.uk |
| 107 | uggbootscheaponline.in.net | 108 | needsnotes.com |
| 109 | trainingsshoesuk.com | 110 | trackitacademy.com |
| 111 | tqkq6.bid | 112 | toptentab.com |
| 113 | 1uniqueimpression.com | 114 | bankolaw.com |
| 115 | pietreta.com | 116 | timothycurley.com |
| 117 | saffronhomeappliances.com | 118 | kathrynv.com |
| 119 | orderuggsonline.com | 120 | the-computer-man.co.uk |
| 121 | uggbootsonsale75off.us.org | 122 | cheapshoesmart.com |
| 123 | musicyenne.fr | 124 | greatcoffeemachines.com |
| 125 | rexlathamblacksmith.com | 126 | seiryuu-subs.com |
| 127 | hospinfosec.com | 128 | thecarguyblog.com |
| 129 | horseball.org.uk | 130 | tbitmedia.com |
| 131 | tarimaspinoreal.com | 132 | medocsdiscount.fr |
| 133 | officialonlineshops.com | 134 | serruriersmontmorency.com |
| 135 | tallerquincho.com | 136 | tallermecanicogilmasa.com |
| 137 | bixbystoveparts.com | 138 | minisuomi.com |
| 139 | putihbiru.com | 140 | uggkengatnetista.com |
| 141 | silenthillprelude.com | 142 | creatingyourselfblog.com |
| 143 | pemcarteycultura.com | 144 | littletoncollege.com |
| 145 | eurclothing.com | 146 | sverigeuggsoutlet.com |
| 147 | vipsbootshop.com | 148 | vipbootshot.com |
| 149 | stockloanuk.com | 150 | pension-oterekia.com |
| 151 | camallorylaw.com | 152 | chrissel.fr |
| 153 | papercutterz.com | 154 | sanluisdoula.com |
| 155 | livemusicinpa.com | 156 | statebizdirectory.com |

| | |
|---|---|
| 157 brightondesignerradiators.co.uk | 158 makingthedealwork.com |
| 159 anagabrielagonzalez.com | 160 footwears-tobuy.com |
| 161 bootsibuy.com | 162 bootiup.com |
| 163 bootskiut.com | 164 bootsigo.com |
| 165 bootsihot.com | 166 botseug.com |
| 167 sobeachvillasmauritius.com | 168 snowbootsuksale.com |
| 169 snowbootqwe.com | 170 appraisalsupport.co.uk |
| 171 dealsbootsblackfriday.us | 172 misohorny.us |
| 173 ukboot.co.uk | 174 silsa3d.com |
| 175 signherehawaii.com | 176 benwestmanagement.co.uk |
| 177 indian-hand-embroidery.com | 178 hipreplacementclaims.co.uk |
| 179 bootsenus.com | 180 uggusen.com |
| 181 shirklandscapecompany.com | 182 longboardsmiami.com |
| 183 dapperdoggroomingsj.com | 184 guttercatcher.com |
| 185 tumblestones.org.uk | 186 uggspecial.com |
| 187 senneh-bcn.com | 188 colinhuntermusic.co.uk |
| 189 visitinclinevillage.com | 190 lindamichelm.com |
| 191 foodking.uk | 192 microbefreetn.com |
| 193 sandrababy.com | 194 yeahorder.cc |
| 195 rtcottage.com | 196 amirarsalan.us |
| 197 tangyywang.com | 198 drrandallbergen.com |
| 199 baspinarlar.com | 200 rsjij.com |
| 201 investafx.com | 202 howcleanersclean.co.uk |
| 203 structuredproductfraud.com | 204 crystalspringscats.com |
| 205 pajeroaccessories.uk | 206 tabletzamani.com |
| 207 adorablepals.net | 208 thes-morefarm.com |
| 209 rollingsobbat.com | 210 thesuninnchipping.co.uk |
| 211 irishrollcall.com | 212 ispartafatihotel.com |
| 213 muffincrumb.com | 214 blackhorseww.com |
| 215 armosgel.com | 216 onkoshi.com |
| 217 understudymovie.com | 218 hotelvillargentina.com |
| 219 gps-response.com | 220 vandenbergforcongress.com |
| 221 uggsofficial.com | 222 accguinee.com |
| 223 zachandflorina.com | 224 jaffier-avocat.com |
| 225 freshwindsit.co.uk | 226 digitalhigh.co.uk |
| 227 regeneratemypurpose.com | 228 westjetwarriors.com |
| 229 bootshop.us | 230 deaino-mecyaike.com |
| 231 jamespwolpert.com | 232 maleginkgo.com |
| 233 goldenbandresources.us | 234 recycle-garden.com |
| 235 akptube.com | 236 heywardrealestatesales.com |
| 237 genuinbootsale.us | 238 mccandlelight.com |

| | | | |
|---|---|---|---|
| 239 | raphvideo.com | 240 | elitetransporttraining.co.uk |
| 241 | queenkosmetik.com | 242 | bootsfactory.co.uk |
| 243 | snowbootspro.com | 244 | livehealthytrinity.com |
| 245 | plumbinglaverneinca.com | 246 | artcove.co.uk |
| 247 | footeworks.us | 248 | tourisme-picardie-vimeu.fr |
| 249 | glasswooduk.co.uk | 250 | peonyer.com |
| 251 | sneakeraheads.com | 252 | topkickss.com |
| 253 | uggonlinestore.co.uk | 254 | icebi.co.uk |
| 255 | blueberry-falls.com | 256 | bluprintkennels.com |
| 257 | bootctup.com | 258 | vacantlandnyc.com |
| 259 | ellenbodnerpt.com | 260 | lilawatigrand.com |
| 261 | incidentcollaborator.com | 262 | restaurant-poigny.fr |
| 263 | parajumpersclothing.com | 264 | lolmap.com |
| 265 | womenbootblackfriday.com | 266 | outletscarpe.top |
| 267 | 24hclothesonlineshoppe.club | 268 | osgbhizmetleri.com |
| 269 | nordkatea.online | 270 | ampspeed.online |
| 271 | ouyear.com | 272 | worksok.online |
| 273 | euboots.online | 274 | snowboots-es.com |
| 275 | muchuu.co.uk | 276 | adirondackboot.com |
| 277 | officialmicaparis.com | 278 | octoberbabypelicula.com |
| 279 | nsqfz.com | 280 | oliverjamesltd.co.uk |
| 281 | novellaliving.com | 282 | northamptonmanandvan.com |
| 283 | nomercyartistry.com | 284 | warminclub.com |
| 285 | warminedeal.com | 286 | warminebuy.com |
| 287 | warmingate.com | 288 | nirmitiinfraprojects.com |
| 289 | mbymblazeruk.com | 290 | meringueking.com |
| 291 | spokanearenatickets.com | 292 | new-maticcaketurntable.com |
| 293 | govipgfx.com | 294 | vikramastrologer.org.uk |
| 295 | miltechglobal.com | 296 | vacances-camaret.com |
| 297 | nancyburnettcoaching.com | 298 | namcattientravel.com |
| 299 | uggboots-australia.in.net | 300 | mygroupdot.com |
| 301 | maidmarianandhermerrymen.co.uk | 302 | mostsecureinvestments.com |
| 303 | daisiesandducklings.com | 304 | robersonreview.com |
| 305 | moncleroutletonlinestore.com | 306 | totallylocallyburslem.co.uk |
| 307 | disc-n-tape.co.uk | 308 | mmhcmalta.com |
| 309 | wooltonjetwash.co.uk | 310 | misawa-forums.com |
| 311 | masjid-alqalam.com | 312 | minecisahin.com |
| 313 | wembleyparkhotels.com | 314 | tripluxer.com |
| 315 | varduhi-yeritsyan.fr | 316 | siberianipercivati.com |
| 317 | cherser.com | 318 | blessedhopehome.com |
| 319 | scdsecurity.com | 320 | adfontes4business.com |

| | | | |
|---|---|---|---|
| 321 | cheap-ugg-boots.us.org | 322 | chateaushelties.com |
| 323 | onbalancesolutions.com | 324 | mldprofessional.co.uk |
| 325 | rolfingwales.co.uk | 326 | hlviandes.com |
| 327 | sidconconsultancy.com | 328 | vendomoisdemocrate.com |
| 329 | gingrasappraisals.com | 330 | solaveraestilistes.com |
| 331 | freshairductservice.com | 332 | quintadojuncal.com |
| 333 | catexclima.com | 334 | arenaspormerkezi.com |
| 335 | csizmaonlineshop.com | 336 | plr-collection.com |
| 337 | ss12.co.uk | 338 | outdoorsurplus.co.uk |
| 339 | investinglizard.com | 340 | thegarlicsmith.com |
| 341 | marissatoni.com | 342 | bstilecompany.com |
| 343 | laisecaferragut.com | 344 | uggutoutlet.us |
| 345 | bohomojoks.com | 346 | overstock-cds.com |
| 347 | cleanlifelabs.com | 348 | bigreptileworld.co.uk |
| 349 | uggakcio.com | 350 | poweryouon.com |
| 351 | reedsinfo.com | 352 | blueprintbuildingplans.com |
| 353 | alcestertownfc.co.uk | 354 | menuonthemove.com |
| 355 | morbuilders.com | 356 | manhattanmusicstudio.com |
| 357 | 25or6to4theband.com | 358 | uggsbootonline.com |
| 359 | magentablueconsulting.com | 360 | tijuaneadosanonimos.org |
| 361 | madeinaustralian.com | 362 | maaco-rosemead.com |
| 363 | m2casa.com | 364 | streetbirdhockey.com |
| 365 | wavconsultancy.co.uk | 366 | troc64.fr |
| 367 | lumiarbrilhodosol.com | 368 | belezamaisverde.com |
| 369 | gentlefingerprints.com | 370 | gokce3.com |
| 371 | l-platz-nishishiroi.com | 372 | oconnors-bistro.co.uk |
| 373 | cheapuggs-outlet.in.net | 374 | uggbootsstores.us.com |
| 375 | bafokengeplatinum.com | 376 | runchkin.com |
| 377 | dianesmusings.com | 378 | jew-uk.com |
| 379 | logit-consulting.com | 380 | location-corse-corbara.com |
| 381 | ugzitn.com | 382 | uggclearancesale.in.net |
| 383 | boots-cheap.top | 384 | bootssaleshop.top |
| 385 | boots-shop.top | 386 | uggbootshotsale.top |
| 387 | uggbootsoutletsale.top | 388 | uggbootssaleoutlet.top |
| 389 | uggbootssaleshop.top | 390 | uggboots-womenssale.top |
| 391 | uggcheap-saleboots.top | 392 | uggoutletsaleboots.top |
| 393 | uggsaleboots.top | 394 | ugg-shop.top |
| 395 | uggs-shop.top | 396 | uggboots-cheapsales.top |
| 397 | utica-ny-restaurants.com | 398 | tyic.pw |
| 399 | gdcomfortair.com | 400 | mricardi.com |
| 401 | lfnikc.com | 402 | uniguideuk.com |

| | | | |
|---|---|---|---|
| 403 | campinglamarina.co.uk | 404 | idunscider.co.uk |
| 405 | hensbyphoto.co.uk | 406 | parliamentaryportfolio.com |
| 407 | olympiclodgemotel.com | 408 | shopanimali.com |
| 409 | mosaicoenergetico.com | 410 | outletugg.us.org |
| 411 | officialuggoutlet.us.com | 412 | uggclearancesale.us.com |
| 413 | uggslipperssale.us.com | 414 | eaandesign.com |
| 415 | mrocaigou.com | 416 | uutts.com |
| 417 | granitelogic.co.uk | 418 | snowboots-sale.com |
| 419 | hanliugg.com | 420 | jacketsitalyoutlet.com |
| 421 | uggs-clearance.us.com | 422 | wislelectrical.co.uk |
| 423 | freegiftsgiveaway.com | 424 | nicktolleygallery.co.uk |
| 425 | accro-moto.fr | 426 | bootsshoesireland.com |
| 427 | cheapbootsuksaleblack.com | 428 | leadingten.com |
| 429 | smartwatchhq.com | 430 | imoplondon.co.uk |
| 431 | betterskinbymail.com | 432 | kokitech.com |
| 433 | kulawikyachts.com | 434 | meugg.com |
| 435 | latinasthriving.com | 436 | laperlamarina.com |
| 437 | ebootsbay.com | 438 | djplacement.com |
| 439 | writerkeith.com | 440 | kozamadencilik.com |
| 441 | imoncleroutletusa.com | 442 | outletcoats.com |
| 443 | piuminicappotto2014.com | 444 | warminse.com |
| 445 | winterebuy.com | 446 | winteresale.com |
| 447 | bestshoesemall.com | 448 | footwearinmall.com |
| 449 | footwearinzone.com | 450 | goodsebuy.com |
| 451 | shoesonstore.com | 452 | warminbe.com |
| 453 | warminch.com | 454 | warminde.com |
| 455 | warminfi.com | 456 | warminnl.com |
| 457 | warminno.com | 458 | bestshoesedeal.com |
| 459 | bootonlinech.com | 460 | footseshop.com |
| 461 | footwearinstore.com | 462 | warmindk.com |
| 463 | warminie.com | 464 | bestshoesestore.com |
| 465 | shoecabinet.us | 466 | mybestbrand.us |
| 467 | scriptureme.com | 468 | showcenters.top |
| 469 | justedges.top | 470 | burgershackhillsborotx.com |
| 471 | wolfstock.co.uk | 472 | blogfinotrato.com |
| 473 | mycompanioncare.com | 474 | vipshoelocker.com |
| 475 | clothing2018.com | 476 | australiaugg2017.com |
| 477 | stayukay.co.uk | 478 | tampawaterdamagenice.com |
| 479 | othusvice.com | 480 | tech-morning.com |
| 481 | mbajesup.com | 482 | colouredcars.co.uk |
| 483 | marathonhotels.co.uk | 484 | bedbosswholesale.com |

| 485 | kbgetfit.com | 486 | selmor.co.uk |
|---|---|---|---|
| 487 | busttherust.com | 488 | tak98.com |
| 489 | webdirectoryz.co.uk | 490 | uggaustraliaboots.in.net |
| 491 | uggukboots.org.uk | 492 | no-ugg.com |
| 493 | orthodontie-anse.com | 494 | rafangulo.com |
| 495 | kitcheninuk.co.uk | 496 | dwayne-carter.com |
| 497 | racfo.com | 498 | daccordms.co.uk |
| 499 | asteric.co.uk | 500 | crystalhit.com |
| 501 | mpi-corp.com | 502 | mycomicbooksonline.com |
| 503 | holidayquinn.com | 504 | gloucesterdrivinglessons.com |
| 505 | f-dev.fr | 506 | empirebuffetsyracuse.com |
| 507 | apmorangecounty.com | 508 | leads100k.com |
| 509 | sandra-ds.com | 510 | mychiromarketer.com |
| 511 | deshoppembalagens.com | 512 | pickthem.co.uk |
| 513 | draevingconstructioninc.com | 514 | a-zappliancerepair.com |
| 515 | coffeeluwakpremium.com | 516 | urbanlivingonline.co.uk |
| 517 | blackfriday.fyi | 518 | yesbondage.com |
| 519 | herstmonceuxbandb.co.uk | 520 | allujine.com |
| 521 | jmjnaturallightingca.com | 522 | aumaxonline.com |
| 523 | flykickss.com | 524 | uggbootsclearance.org.uk |
| 525 | ugg-uk.org.uk | 526 | bootsaleo2017.us |
| 527 | f-jeanpaulmalcolm.com | 528 | besimplyfree.com |
| 529 | saabofwestport.com | 530 | lhommeterrible.com |
| 531 | caddemarkam.com | 532 | meinereisebiene.com |
| 533 | crystal-greene.com | 534 | servicegoose.com |
| 535 | abundiotkc.com | 536 | uggoutletsale.us.com |
| 537 | ed4da.com | 538 | uggoloutle.us |
| 539 | ugbootsaleol.us | 540 | bwd-toronto.com |
| 541 | grannysfeed.com | 542 | arte-busca.com |
| 543 | fipainvesting.com | 544 | ankaetutmerkezi.com |
| 545 | australiaboot.it | 546 | dataprofound.com |
| 547 | siemensklimaservis.com | 548 | aspextech.co.uk |
| 549 | zenwellness-spa.com | 550 | uggauonline.com |
| 551 | automotivetrainingltd.co.uk | 552 | odysseyofandromeda.com |
| 553 | jacquelinescuisine.com | 554 | galleongraphics.co.uk |
| 555 | castlewoodcottages.co.uk | 556 | ixdys.com |
| 557 | itbkshop.com | 558 | internalgears.com |
| 559 | inspiredlifeandbiz.com | 560 | inkntonerwholesalers.com |
| 561 | snowboots-it.com | 562 | imaginemastiffs.com |
| 563 | ilex-house.com | 564 | paradedescitrouilles.com |
| 565 | thebootit.com | 566 | thebootsru.com |

| | | | |
|---|---|---|---|
| 567 | ic-remodeling.com | 568 | icecreamshowcases.com |
| 569 | ibootssale.com | 570 | timesmediarewards.com |
| 571 | humming-nail.com | 572 | arthurontman.com |
| 573 | runningnoodle.com | 574 | hotwinterboots.com |
| 575 | hotelcommercechallans.com | 576 | shopugguk.co.uk |
| 577 | aclenscheap.online | 578 | hiremeordie.com |
| 579 | hhz61.bid | 580 | bestforcoldwinter.info |
| 581 | bizzysale.com | 582 | bootrttp.com |
| 583 | vocationaltutors.com | 584 | stayhotelhue.com |
| 585 | artsycrafts.co.uk | 586 | plumber-hull.co.uk |
| 587 | uggamie.com | 588 | uggturkeysale.com |
| 589 | gunhoairsoft.co.uk | 590 | boudoir-world.com |
| 591 | heelandtoepaincenter.com | 592 | maggiedecors.fr |
| 593 | rorkesdrift2brecon.com | 594 | heathersgame.com |
| 595 | malibuengineering.com | 596 | johnnypagbrasil.com |
| 597 | clutchdelivery.com | 598 | vicentbataller.com |
| 599 | ugbots.com | 600 | bootgga.com |
| 601 | ugbtty.com | 602 | bostug.com |
| 603 | hamiltonitsupport.com | 604 | perkinssolutionsltd.co.uk |
| 605 | hsd-london.co.uk | 606 | fashionatdiscount.co.uk |
| 607 | uggkengathalvalla.com | 608 | topsaleeonling.com |
| 609 | treymak.com | 610 | uggshops.com |
| 611 | keeneairportcarrental.com | 612 | goldentanningstudio.com |
| 613 | facesbyshae.com | 614 | designyourownnumbrella.co.uk |
| 615 | gilbertschoolofmotoring.com | 616 | solarscreensoflasvegas.com |
| 617 | kingsheadashwellthorpe.co.uk | 618 | follyfieldluxury.com |
| 619 | excellencecatering.co.uk | 620 | tourismclusters.co.uk |
| 621 | alternativeeventshsv.com | 622 | arsavize.com |
| 623 | geetag.com | 624 | plastichorserecords.com |
| 625 | oakspeechhearingclinic.com | 626 | anlautobrokers.com |
| 627 | tonsea-indowood.com | 628 | ugg-boots-outlet.us.com |
| 629 | kenzo-eic.com | 630 | fuggboots.mobi |
| 631 | epnrv.com | 632 | redline-athletics.com |
| 633 | guldenkarakus.com | 634 | larrydenning.com |
| 635 | gdgmysore.com | 636 | isamen.fr |
| 637 | aluminioscosta.com | 638 | readykredit.fr |
| 639 | fitandfiz.com | 640 | fintoos.com |
| 641 | fga-rs.org | 642 | fertilidad-peru-lima.com |
| 643 | alexandra-declaris.com | 644 | fcnikmark.com |
| 645 | fairgotiate.com | 646 | eurboots.com |
| 647 | costadelsol-urlaub.com | 648 | etgti.com |

| | | | |
|---|---|---|---|
| 649 | essenciasdopalatu.com | 650 | asnowoutfits.com |
| 651 | esatw.com | 652 | erlebe-ruegen.com |
| 653 | delmarorchids.com | 654 | eurocarslondon.com |
| 655 | emsi-solutions.com | 656 | kelseyhuebner.com |
| 657 | york-removal.co.uk | 658 | embroidery-ni.com |
| 659 | elysegallo.com | 660 | eloquenceofwriting.com |
| 661 | katedjensen.com | 662 | eight77.com |
| 663 | sgjdqm.com | 664 | perfectproductions101.com |
| 665 | edgartown-rental.com | 666 | el-chaski.com |
| 667 | statgeek.com | 668 | uggoutletuggboots.us.com |
| 669 | ehsconsultancy.com | 670 | pebesi.com |
| 671 | sebataydinlatma.com | 672 | nailizolasyon.com |
| 673 | njconstructionhawaii.com | 674 | the20thhole.co.uk |
| 675 | casabaron.com | 676 | kennelblackandblues.com |
| 677 | mysterygardenbooks.com | 678 | easy-drive-som.com |
| 679 | drawerwizard.com | 680 | ecs-dhl.com |
| 681 | lauradamicoshoes.com | 682 | juventutemlouisville.com |
| 683 | verdi74.com | 684 | hypnosisskills.com |
| 685 | sansetshop.com | 686 | noisylibrary.com |
| 687 | uggpascherlfr.com | 688 | nicolasdancie.com |
| 689 | opensourcecmsinfo.com | 690 | restaurantpronto.com |
| 691 | felcliyatagi.com | 692 | discoverourscents.com |
| 693 | dilly-gifts.com | 694 | digamberstationers.com |
| 695 | adorahall.com | 696 | cycleplaylist.com |
| 697 | hannahinn.com | 698 | desirefootwears.com |
| 699 | graceice.com | 700 | garylusher.com |
| 701 | fromtherearviewmirror.com | 702 | surdelrock.com |
| 703 | ugg-boots.org.uk | 704 | childparentrescuer.com |
| 705 | careerswat.com | 706 | dkvehiclemedia.co.uk |
| 707 | juallaptopsecond.com | 708 | littleflowerflorals.com |
| 709 | daleellison.com | 710 | mloils.co.uk |
| 711 | cynfulproductions.com | 712 | aloha2gohawaii.com |
| 713 | estoreybookkeeping.com | 714 | cufnt.com |
| 715 | edwardwalks.com | 716 | craboots.online |
| 717 | craboots.com | 718 | confectionsbyamy.com |
| 719 | 360shops.co.uk | 720 | fuzzybear.co.uk |
| 721 | uggsoutlets.in.net | 722 | colchones-para-barcos.com |
| 723 | cloudbasedfax.com | 724 | stteresaseminary.com |
| 725 | ciarawalton.com | 726 | icbnoleggioallestimenti.com |
| 727 | agequipmentnebraska.com | 728 | murderatthecongaclub.com |
| 729 | cpbukowski.com | 730 | vamosanicaragua.com |

| | | | |
|---|---|---|---|
| 731 | dentistforum.co.uk | 732 | ukbkshop.com |
| 733 | uggsonsale.us.com | 734 | ugg.eu.com |
| 735 | uggoutlets.us.com | 736 | bestshoesebuy.com |
| 737 | shopushoes.com | 738 | cdkenti.com |
| 739 | aessonline.com | 740 | aidapolo.com |
| 741 | fashionatdiscount.com | 742 | findonlinebags.cc |
| 743 | sunglassesmall.cc | 744 | conevmovies.com |
| 745 | cheapshoesstores.com | 746 | cheapestbootsireland.org |
| 747 | cheapbootsuksaleonline.com | 748 | cheapboots.co |
| 749 | propertydevelopmentnews.co.uk | 750 | airshiprocketship.com |
| 751 | thesummereffects.com | 752 | elefectostarlux.com |
| 753 | centralcoastchoir.com | 754 | bootsukclearances.com |
| 755 | tumaterialpop.com | 756 | greentimberconstruction.com |
| 757 | unitedautobodyny.com | 758 | carpinteriaarteco.com |
| 759 | bootsblackfridaysale2017.com | 760 | renovationpaval.com |
| 761 | rakestrawlawncare.com | 762 | carbidewearpart.com |
| 763 | cabkshops.com | 764 | buycheapuggs.com |
| 765 | burakkaroser.com | 766 | santonsflorian.fr |
| 767 | brownbagbootcamp.com | 768 | talvikengat.com |
| 769 | breezypointkennel.com | 770 | uggonlineuk.org |
| 771 | bioplasticsghana.com | 772 | botusgg.vip |
| 773 | bootxmall.top | 774 | bootsukoutletstores.com |
| 775 | bootsonsaleireland.com | 776 | bootslocker.com |
| 777 | bootsblackuksale.com | 778 | bootsalehk.com |
| 779 | boostinus.com | 780 | booots.vip |
| 781 | bonferro-ce.com | 782 | bodyshop-okamoto.com |
| 783 | beamerbrothers.com | 784 | blissak.com |
| 785 | rechargeabledrycells.com | 786 | sheafdas.co.uk |
| 787 | urbootsonsale.co.uk | 788 | yeahdesigner.cc |
| 789 | agpteksale.com | 790 | cnxusmall.com |
| 791 | blackfriday2017s.club | 792 | blackfriday2017shop.club |
| 793 | blackfridayforu.club | 794 | travelitalyplus.com |
| 795 | discusfishhobbyist.com | 796 | bestsellerboots.org |
| 797 | thrislington.co.uk | 798 | i-muonline.com |
| 799 | gortonvisualarts.org.uk | 800 | sustabibecciu.com |
| 801 | kitchenspattaya.com | 802 | uggbootsonsale.us.org |
| 803 | spacemanagementuk.com | 804 | rabbitcalls.co.uk |
| 805 | uggoutletsstore.us.com | 806 | snowbootsoffer.com |
| 807 | snowboots2017.com | 808 | aximinfotech.com |
| 809 | superglasstacoma.com | 810 | autoinsuranceclaimtampa.com |
| 811 | encompasseventphoto.co.uk | 812 | bloggersyard.com |

| 813 | lustrousbliss.com | 814 | ganoderma-caffe.com |
|-----|-------------------|-----|---------------------|
| 815 | bennschoco.com | 816 | emrecanozkok.com |
| 817 | arisitas.org | 818 | artsbagelsandmore.com |
| 819 | urbanesustainablebuilding.co.uk | 820 | elchatowinebar.com |
| 821 | micromaxandroidphones.com | 822 | nhomkinhnhandu.com |
| 823 | forgetmenotguesthouse.co.uk | 824 | northwich-anglers.org.uk |
| 825 | invoicediscounting4u.com | 826 | chicagohorseestate.com |
| 827 | ntbootsvip.com | 828 | amato-pizzeria.com |
| 829 | camidom.com | 830 | alucida-llc.com |
| 831 | bloomingnailz.com | 832 | solarpoweredpeople.co.uk |
| 833 | crossingsupperclub.com | 834 | chelseareillyruns.com |
| 835 | lucky-8s.co.uk | 836 | snowbtus.com |
| 837 | uptown-express.com | 838 | boote-teakdeck.com |
| 839 | vancouverbeachreviews.com | 840 | djmartymcfly.co.uk |
| 841 | newlinsnowremoval.com | 842 | lulufichter.com |
| 843 | mainstreetgreekkitchen.com | 844 | aceeliminationllc.com |
| 845 | acebkicks.com | 846 | aazlandscape.com |
| 847 | 1url.org | 848 | 1atatimephoto.com |