IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, ) | |
| ) | Case No. 17-cv-08746 |
| Plaintiff, ) | |
| ) | **Judge Virginia M. Kendall** |
| v. ) | |
| ) | **Magistrate Judge Michael T. Mason** |
| ZHENG ZE, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on January 10, 2018 [40], in favor of Plaintiff Deckers Outdoor Corporation ("Deckers") and against the Defendants Identified in Schedule A in the amount of one hundred fifty thousand dollars ($150,000) per Defaulting Defendant for willful use of counterfeit UGG Trademarks in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Deckers acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| Armored iron railings | 739 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

1

Dated this 3rd day of July 2018.

Respectfully submitted,

*[signature]*

Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
kguynn@gbc.law
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Attorneys for Plaintiff*
*Deckers Outdoor Corporation*

Subscribed and sworn to me by Jessica L. Bloodgood, on this 3rd day of July 2018.

Given under by hand and notarial seal.

CAITLIN SCHLIE
Official Seal
Notary Public – State of Illinois
My Commission Expires Nov 20, 2021

*[signature]*

Notary Public

State of Illinois
County of Cook

2